# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR116 |
| ) | |
| DALE GILES and CHARMAR BROWN, ) | **SCHEDULING ORDER** |
| ) | |
| Defendants. ) | |

IT IS ORDERED that the following is set for hearing on **June 29, 2006** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Initial Appearance/Arraignment on Second Superseding Indictment

Since this is a criminal case, the defendants must be present, unless excused by the Court.

DATED this 28th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge