IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR116 |
| DALE GILES, CHARMAR BROWN, EVEREADA KOURIS, LAVELLE GILES, | ) ) ) ) ) ) | **SCHEDULING ORDER** |
| Defendants. | ) | |

    IT IS ORDERED that the following are set for hearing on **September 19 and 20, 2006** beginning at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress [89] filed by defendant Dale Giles
    - Motion to Suppress, Application for Franks Hearing [93] filed by defendant Charmar Brown
    - Motion to Suppress and Request for Franks Hearing [95] filed by defendant Evereada Kouris
    - Motion to Suppress Evidence [91] filed by defendant Lavelle Giles

    Since this is a criminal case, the defendants must be present, unless excused by the Court.

    DATED this 7th day of August, 2006.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge