# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DALE GILES, ) <br> CHARMAR BROWN, ) <br> EVEREADA KOURIS, ) <br> LAVELLE GILES, ) <br> ) <br> Defendants. ) | 8:06CR116 <br><br> **ORDER** |

    The government has requested an extension of time to file her responsive briefs. Good cause being shown, the government's oral motion will be granted. The government's responsive briefs to defendants' motions [89], [91], [93] and [95] will be due on or before September 1, 2006.

    If necessary, a post-hearing briefing schedule will be determined at the conclusion of the evidentiary hearing scheduled for September 19 and 20, 2006.

    IT IS SO ORDERED.

    DATED this 8th day of August, 2006.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge