IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR116 |
| | ) | |
| DALE GILES, | ) | |
| CHARMAR BROWN, | ) | **SCHEDULING ORDER** |
| EVEREADA KOURIS, | ) | |
| LAVELLE GILES, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the Arraignment on Third Superseding Indictment is set for hearing on **September 19 and 20, 2006** beginning at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendants must be present, unless excused by the Court.

    DATED this 8th day of September, 2006.

                                           BY THE COURT:

                                           s/ F.A. Gossett
                                           United States Magistrate Judge