## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DALE GILES, )<br>CHARMAR BROWN, )<br>TERRENCE HOWARD, )<br>)<br>Defendants. ) | 8:06CR116<br><br>**SCHEDULING ORDER** |

　　IT IS ORDERED that the following is set for hearing on **October 23, 2006** at **10:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　Arraignment on Fourth Superseding Indictment

　　Since this is a criminal case, the defendants must be present, unless excused by the Court.

　　DATED this 20th day of October, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge