IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR116 |
| | ) | |
| DALE GILES, | ) | |
| CHARMAR BROWN, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

  IT IS ORDERED that the following is set for hearing on **January 31, 2007** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

  Arraignment on Fifth Superseding Indictment

  Since this is a criminal case, the defendants must be present, unless excused by the Court.

  DATED this 25th day of January, 2007.

            BY THE COURT:

            s/ F.A. Gossett
            United States Magistrate Judge