IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DALE GILES, CHARMAR BROWN,** | ) | |
| **EVEREADA KOURIS, and** | ) | |
| **LAVELLE GILES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Federal Rule of Criminal Procedure 17.1, the Order of this Court (Filing No. 306), and upon motion of counsel for Defendant Lavelle Giles, the parties and their attorneys appeared on February 12, 2007. As a result of that conference, and to promote a fair and expeditious trial, the Court ordered:

1. The trial, expected to last five weeks, is scheduled to begin on May 1, 2007, at 8:30 a.m. The time between February 12, 2007, and May 1, 2007, is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) because the ends of justice served by such an exclusion outweigh the interest of the public and of the Defendants in a speedy trial. Specifically, the case is so unusual and complex, due to the number of Defendants, the nature of the prosecution, and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161(c)(1).

2. On or before February 16, 2007, counsel for each Defendant will respond in writing to the letter of Assistant United States Attorney, Maria Moran, dated February 8, 2007. Each attorney's response will specify: which of the 46 proposed stipulations the attorney will agree to sign on behalf of his or her client; which of the 46 proposed

stipulations the attorney will not agree to sign on behalf of his or her client; and, if additional information is needed from the government in order to determine whether a stipulation can be entered into, the attorney will specify what information is needed.

3. Counsel were directed to confer immediately following the hearing regarding a mutually-agreeable date and time to view certain evidence in the custody and control of the government.

DATED this 13th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge