IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | 8:06CR116 |
| vs. )<br>) | ORDER |
| CHARMAR BROWN, )<br>)<br>Defendant. ) | |

This matter is before the court on the motion [352] of Susan M. Bazis for leave to withdraw as retained counsel for defendant, Charmar Brown, to appoint substitute counsel pursuant to the Criminal Justice Act, and to continue trial. Defendant has filed a waiver of speedy trial [357] and a poverty affidavit [356].

The court finds that defendant Brown is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that the motion to withdraw and request for appointment of counsel [351] are granted as follows:

1.   Susan M. Bazis is given leave to withdraw as retained counsel.

2.   Michael T. Levy is hereby appointed to represent the above-named defendant pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

3.   To facilitate this appointment, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20).

4.   The Clerk shall provide a copy of this order to the Federal Public Defender and to Michael T. Levy.

**DATED March 20, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge