IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DALE GILES, CHARMAR BROWN,** | ) | |
| **EVEREADA KOURIS, and** | ) | |
| **LAVELLE GILES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Federal Rule of Criminal Procedure 17.1, and the order of this Court continuing this hearing (Filing No. 386), the parties and their attorneys appeared on April 23, 2007. As a result of that conference, and to promote a fair and expeditious trial,

IT IS ORDERED that the trial, expected to last five weeks, is scheduled to begin on September 25, 2007, at 8:30 a.m. The time between May 1, 2007, and September 25, 2007, is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A) because the ends of justice served by such an exclusion outweigh the interest of the public and of the Defendants in a speedy trial. Specifically, the case is so unusual and complex, due to the number of Defendants, the nature of the prosecution, and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161(c)(1).

DATED this 26th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge