**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **8:06CR116** |
| **DALE GILES,** | ) | |
| **CHARMAR BROWN, and** | ) | **ORDER** |
| **EVEREADA KOURIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the "VERIFIED MOTION IN LIMINE OR, IN THE ALTERNATIVE, MOTION TO CONTINUE TRIAL" [492] filed by defendant, Dale Giles.  Considering the history of this case, the information contained in the motion, and the government's response thereto [498], the court finds that the motion should be denied in its entirety.

**IT IS ORDERED** that defendant's "VERIFIED MOTION IN LIMINE OR, IN THE ALTERNATIVE, MOTION TO CONTINUE TRIAL" [492] is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within ten (10) business days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a  brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal.  *See* NECrimR 57.2(d).

**DATED September 19, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**