### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DALE GILES, CHARMAR BROWN,** | ) | |
| **and EVEREADA KOURIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the appeal (Filing No. 500) from the Magistrate Judge's order (Filing No. 499) denying the above-captioned Defendants' motion in limine or, in the alternative, to continue trial (Filing No. 492).

Pursuant to 28 U.S.C. § 636(b)(1)(A) and NECrimR 57.2, the court has reviewed the order from which this appeal has been taken. In an appeal from a magistrate judge's order on a pretrial matter within 28 U.S.C. § 636(b)(1)(A), a district court may set aside any part of the magistrate judge's order shown to be clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); NECrimR 57.2(c).

The Court has reviewed the motion (Filing No. 492) and the government's response (Filing No. 498). The Magistrate Judge's order is not clearly erroneous or contrary to law.

IT IS ORDERED that the Defendants' appeal (Filing No. 500) from the Magistrate Judge's order denying the above-captioned Defendants' motion in limine or, in the alternative, to continue trial is denied.

DATED this 20th day of September, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge