# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:06CR116 |
| Plaintiff, | |
| vs. | TRIAL ORDER |
| **DALE GILES,** **CHARMAR BROWN, and** **EVEREADA KOURIS,** | |
| Defendants. | |

IT IS ORDERED:

Trial in this matter is scheduled to begin on **Tuesday, September 25, 2007,** commencing at **9:00 a.m.,** or as soon thereafter as the same may be tried, before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska. A Pretrial Conference, beginning at **8:30 a.m., will be held in chambers** prior to the start of trial.

Counsel is advised that street clothes **must be provided** for the defendant in any trial proceedings.

DATED this 21st day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge