**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR161** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CHARMAR BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for new trial (Filing No. 579).

After careful consideration,

IT IS ORDERED that the Defendant's motion for new trial (Filing No. 579) is denied.

DATED this 30th day of October, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge