IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR116 |
| **Plaintiff,** | ) | |
| vs. | ) | **AMENDED ORDER** |
| **CHARMAR BROWN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for new trial (Filing No. 579).

After careful consideration,

IT IS ORDERED that the Defendant's motion for new trial (Filing No. 579) is denied.

DATED this 7th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge