IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR116 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DALE GILES, | ) | |
| CHARMAR BROWN, | ) | |
| EVEREADA KOURIS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Amended Motion for Dismissal (Filing No. 650).  The Court, being duly advised in the premises, finds said Amended Motion should be sustained.

IT IS HEREBY ORDERED:

1.      The government's amended motion to dismiss (Filing No. 650) is granted;

2.      The government's motion to dismiss (Filing No. 636) is denied as moot;

3.      Leave of Court is granted for the United States to dismiss, without prejudice, certain Counts from the Fifth Superseding Indictment filed herein as to the  Defendants Dale Giles, Charmar Brown and Evereada Kouris.

4.      The following Counts of the Fifth Superseding Indictment filed herein are hereby dismissed, without prejudice, as they pertains to the  Defendants Dale Giles, Charmar Brown and Evereada Kouris:

a.      Count IX, Subparagraph B, Number 29 -A 2003 Chevrolet Silverado K1500, VIN 2GCEK19N631403882 registered to Dale Lamont Giles.

b.      Count IX, Subparagraph C, Number 38 - All interest Dale Giles has in a cashiers check issued from U.S. Bank representing

the proceeds of closed account # 1-508-9093-4691 in the amount of $2,888.11.

c.     Count IX, Subparagraph C, Number 39 - All interest Charmar Brown has in a cashiers check issued from U.S. Bank representing the proceeds of closed account # 1-508-7050-0074 in the amount of $542.36.

d.     Count IX, Subparagraph D, Number 40 - all right, title and interest Dale Giles may hold to the real property described as Lot 12, West Keystone Park, an addition to the City of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3811 N. 88 Ave., Omaha, Nebraska.

Dated this 11th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2