IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DALE GILES, CHARMAR BROWN, and EVEREADA KOURIS, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the government's motions to restrict the motion at Filing 705 pursuant to the E-Government Act (Filing No. 704) and to request additional redaction (Filing No. 705).

IT IS ORDERED:

1. The government's motion (Filing No. 704) is granted;

2. The government's motion to request additional redaction (Filing No. 705) is restricted pursuant to the E-Government Act; and

3. The government's motion for additional redaction (Filing No. 705) is granted.

DATED this 6th day of May, 2008.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge