UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR116 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| DALE GILES, | ) | |
| CHARMAR BROWN, | ) | |
| EVEREADA KOURIS, | ) | |
| TERRENCE HOWARD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 721). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 14, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon Count IX of the Fifth Superseding Indictment, Count II of the Information, the guilty pleas and the jury's guilty verdicts. By way of said Preliminary Order of Forfeiture, the Defendants' interest in the following properties was forfeited to the United States:

   a. Seven hundred eleven thousand three hundred sixty-eight dollars, as set forth in Count IX, subparagraph A.

   b. One hundred ninety-six thousand eight hundred forty-five dollars and forty-eight cents, representing the net proceeds of the sale of twelve vehicles, as set forth in paragraph 3.d., above. Additionally, the Marshal is still in possession of the following six vehicles. The United States is authorized to seize the same:

1

      1. 2004 Chevrolet Silverado K1500, VIN 2GCEK19T641181036 registered to Chamar/Audrey Brown recovered from 7006 ½ Maple on April 4, 2006

      2. 2003 Chevrolet K1500 Suburban, VIN 1GNFK16Z33J233442 registered to 40 Deuce Music Corp. recovered from 7006 ½ Maple on April 4, 2006

      3. 2005 Dodge Durango, VIN 1D4HB48N55F551276 registered to Evereada Kouris recovered from 72nd and Cornhusker on April 4, 2006

      4. 2002 Chevrolet K1500 Suburban, VIN 3GNFK16Z02G254524 registered to Charmar Brown recovered from 2629 N. 130th on April 4, 2006

      5. 2003 Chevrolet Monte Carlo, VIN 2G1WW12E539234113 registered to Latasha Willis recovered from Milt's Mini Storage unit 427 on April 8, 2006

      6. 2000 Buick LeSabre VIN 1G4HR54KXYU141529 registered to Dale Giles

c. Forty-three thousand five hundred five dollars and thirty-nine cents, representing the total amount of money set forth in Count IX, subparagraph C.

d. The real property locally known as 2118 Ames Avenue, Omaha, Nebraska.

e. The following personal property comprising the "miscellaneous items" listed at Count IX, subparagraph E.

      1. Alesis Speaker, Model 820DSP, serial no. AS3003030900108.

      2. Alesis Speaker, Model 820DSP, serial no. AS3003030900101.

      3. Sharp 36" Television, Model 36C530, serial no. A309812392.

4. Roland Keyboard with foot pedal - Phantom X8, serial no. ZT99314.

5. Two GE Vacuum Tube Microphone Power Supply Units.

6. CompUSA (unknown piece of computer equipment), Model CUHD80U2E-72, serial no. AZ0668354.

7. M-Audio Keyboard, Model possibly an Ozonic, serial no. 378618.

8. ETA Systems power distributor board, serial no. A8N31584.

9. ETA Systems power distributor board, serial no. A8N31585.

10. Powerplay PRO-XL, Model HA4700, serial no. N0534299184.

11. DeVanni Computer, no model number or serial number.

12. ViewSonic Flat monitor, Model VS10231, serial no. P8D050400370.

13. ViewSonic Flat monitor, Model VS10231, serial no. P8D050400392.

14. DIT computer keyboard with mouse.

15. Alesis DVD Recorder, Model ML-9600, serial no. A10412031302286.

16. Microphone and stand.

17. Motorola Dual Tuner DVR/HDTV Cable Converter, Acct # 0027060, Model DCT-RSA8888, serial no. GI1421TC4700.

18. Mackie Mixer Board, Model 1604-VLZ PRO, serial no. (21)BW69214.

19. Two Alesis Microphones with stands/mic guards/headphones.

20. Magnavox 55" Television.

21. JVC 56" Projection Television.

22. Ice Link Imitation Corum Watch.

23. Ice Tek Watch.

24. Gucci Watch.

25. Rope Chain and Cross Pendant.

26. 14K white gold diamond bad with 11 round full cut diamonds.

27. 10K yellow gold Kinked herringbone chain, 8mm wide & 18" long with lobster claw clasp.

28. Pair of 14K white gold diamond earrings with 14 round full cut diamonds.

29. 10K white gold 3.4mm wide square curb chain, 40" long with lobster claw clasp.

30. 14K white gold diamond ring feature 84 princes cut diamonds.

31. 18K white gold diamond bracelet featuring 144 round full cut diamonds.

32. 14K white gold diamond pendant and chain featuring 187 princess cut, 176 round full cut diamonds.

33. 14K yellow gold diamond stud earring featuring one round brilliant cut diamond.

34. Benny & Company Round Quartz Watch with 67 round cut diamonds and 106 round single cut diamonds.

35. Half-pair diamond earrings with 9 princess cut diamonds.

36. Ice Link large rectangular quartz watch.

2. On April 17, 24 and May 1, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on May 30, 2008 (Filing No. 720).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 721) is hereby sustained.

B.  All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

C.  The above-referenced properties, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 2nd day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge