IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:06CR116 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DALE GILES, ) | |
| CHARMAR BROWN, ) | |
| EVEREADA KOURIS, ) | |
| TERRENCE HOWARD, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon the United States' Motion to Vacate (Filing No. 732 ). The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Vacate (Filing No. 732) is hereby sustained.

2. That portion of the Preliminary Order of Forfeiture (Filing No. 652) directing the U. S. Marshals Service to seize the real property commonly known as 2118 Ames Avenue, Omaha, Nebraska, is hereby vacated.   All remaining provisions of the Preliminary Order of Forfeiture remain in full force and effect.

3. That  portion of the Final Order of Forfeiture (Filing No. 722) forfeiting the real property commonly known as 2118 Ames Avenue, Omaha, Nebraska, to the United States, foreclosing all others' interest in said real property, and directing the U. S. Marshals Service to dispose of the same, is hereby vacated.

4. That portion of the Final Order of Forfeiture (Filing No. 722) forfeiting the 2004 Chevrolet Silverado K1500, VIN 2GCEK19T641181036, to the United States is hereby

vacated.  The U. S. Marshals Service is hereby ordered to release the vehicle.  All remaining provisions of the Final Order of Forfeiture remain in full force and effect.

DATED this 24th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge