IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DALE GILES, | ) | |
| CHARMAR BROWN, | ) | |
| EVEREADA KOURIS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 731). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave of Court is granted for the United States to dismiss, without prejudice, Count IX, Subparagraph D, Number 41 from the Fifth Superceding Indictment filed herein as to the Defendants, Dale Giles and Charmar Brown.

2. The following Count of the Fifth Superceding Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendants, Dale Giles and Charmar Brown: Count IX, Subparagraph D, Number 41 (concerning all right, title and interest Dale Giles and Charmar Brown may hold in the real property described as the East 35 feet of the South 110 Feet of Tax Lot 17, in Section 3, Township 15 North, Range 13 East of the 6th P.M., an Addition to the city of Omaha, as surveyed, platted, and recorded in Douglas County, Nebraska, commonly known as 2118 Ames Avenue, Omaha, Nebraska)

DATED this 24th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge