IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:06CR-116 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CHARMAR BROWN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the Motion to Withdraw (#940) filed by Tracy Hightower-Henne, counsel for defendant Charmar Brown. The court finds the motion should be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (#940) is granted and counsel's representation of defendant is concluded.

2. The Clerk's office shall mail a copy of this Order to defendant Charmar Brown at his last known address.

Dated this 27th day of March 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge