IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:06CR116 |
| v. | |
| CHARMAR BROWN, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Charmar Brown's ("Brown") Motion for Reconsideration (Filing No. 1029) of this Court's November 30, 2021 denial of his motion for compassionate release (Filing No. 1028).

Based on the Court's review of Brown's motion, the Court denies the Motion for Reconsideration for the reasons set forth in its November 30, 2021 Memorandum and Order.

IT IS SO ORDERED.

Dated this 28th day of December 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge